

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TROY CALHOUN (#322672) | DOCKET NO. 08-CV-1161; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| MARKSVILLE DETENTION CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiffs Civil Rights Complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27 day of April, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE